■ In the Matter of NAT A. LUFTIG, Petitioner, v. JOHN A. PETERSON, as Budget Director of the County of Westchester, Respondent.

Beldock, P. J., Ughetta, Rabin and Benjamin, JJ., concur; Nolan, J., not voting.